RECEIVED

OCT 2 4 2005

ROBERT H. SHEMWELL, CLERK
WESTERN DISTRICT OF LOUISIANA
MONROE, LOUISIANA

UNITED STATES DISTRICT COURT

WESTERN DISTRICT OF LOUISIANA

MONROE DIVISION

| | |
|---|---|
| JAMES ANTHONY JACKSON | CIVIL ACTION NO. 05-0914-M |
| VS. | SECTION P |
| HARVEY GRIMMER, ET AL. | JUDGE JAMES |
| | MAGISTRATE JUDGE KIRK |

## JUDGMENT

For the reasons stated in the Report and Recommendation of the Magistrate Judge previously filed herein, and after an independent review of the record, determining that the findings are correct under the applicable law, and noting the absence of objections to the Report and Recommendation in the record;

**IT IS ORDERED** that plaintiff's Civil Rights Complaint be **DISMISSED** in accordance with the provisions of Local Rule 41.3 and because plaintiff's claims are **MOOT**.

**THUS DONE AND SIGNED**, in chambers, in Monroe, Louisiana, on this 24 day of October, 2005.

ROBERT G. JAMES
UNITED STATES DISTRICT JUDGE